UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

**DECISION AND ORDER**
20-CR-29-A

ELEAZAR MARTINEZ MEDINA,

              Defendant.

---

This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On October 14, 2025, Defendant Eleazar Martinez Medina appeared before Magistrate Judge Schroeder, and waived his right to indictment (Dkt. No. 869) and entered a plea of guilty to a one-count Superseding Information (Dkt. No. 870), which charges him with one count of conspiracy to possess with intent to distribute, and to distribute, 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B), pursuant to a written plea agreement (Dkt. No. 871).

Magistrate Judge Schroeder issued a Report and Recommendation (Dkt. No. 873) confirming his oral findings that Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. No timely objections to the Report and Recommendation have been filed. It is hereby

**ORDERED** that, upon review of the waiver of indictment; the superseding information; the plea agreement; the plea transcript (Dkt. No. 876) of the October 14, 2025, change-of-plea proceeding before the Magistrate Judge, the Court finds that all

the requirements of Federal Rules of Criminal Procedure Rule 11 have been carefully followed. Defendant's waiver of his right to indictment together with his plea of guilty were knowing, voluntary, and supported by a factual basis. The Magistrate Judge informed Defendant--who was placed under oath and addressed personally in open court--of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charge to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in the Rule. The Magistrate Judge determined that Defendant understood the foregoing. Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in his written Report and Recommendation.

**Sentencing is scheduled for March 17, 2026 at 1:30 pm.** The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

      __*s/Richard J. Arcara*_____
      HONORABLE RICHARD J. ARCARA
      UNITED STATES DISTRICT COURT

Dated:  October 31, 2025
       Buffalo, New York